1 McGREGOR W. SCOTT
United States Attorney
2 COURTNEY J. LINN
Assistant U.S. Attorney
3 501 "I" Street, Suite 10-100
Sacramento, California 95814
4 Telephone: (916) 554-2755



**FILED**

APR 16 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )
                                      )   2 0 8 - MC - 0 0 4 7 LKK GGH
12           Plaintiff,               )
                                      )
13      v.                            )
                                      )
14 IN RE:                             )      [Proposed] ORDER
                                      )
15   REQUEST FROM KOREA PURSUANT TO   )
     THE TREATY BETWEEN THE UNITED    )
16   STATES OF AMERICA AND THE        )
     GOVERNMENT OF THE REPUBLIC       )
17   OF KOREA ON MUTUAL LEGAL         )
     ASSISTANCE IN CRIMINAL MATTERS   )
18 _____)

19                              ORDER

20      Upon application of the United States, and upon review of the

21 request from Korea seeking evidence under the *Treaty between the*

22 *United States of America and the Republic of Korea on Mutual Legal*

23 *Assistance in Criminal Matters* (Treaty Doc. 104-1 104th Cong. 1st

24 Sess.) (the "Treaty"),

25      IT IS HEREBY ORDERED, pursuant to the authority conferred by the

26 Treaty, as well as 28 U.S.C. § 1782 and this Court's inherent

27 authority, that Assistant U.S. Attorney Courtney J. Linn is appointed

28 as a Commissioner of this Court and is hereby directed to execute the

                                  1

1  Treaty request as follows:

2      1.   Take such steps as are necessary, including if necessary
3  the issuance of commissioner's subpoenas to collect the evidence
4  requested;

5      2.   Provide notice to the recipient of the subpoena of the
6  time, date and place for the production of documents responsive to
7  it;

8      3.   Disclose such copies of this Order as is necessary to
9  accomplish the purposes of the request for assistance.

10      4.   Adopt procedures to collect the evidence requested,
11  consistent with its use in the investigation or proceeding for which
12  Korea has requested assistance, which procedures may be specified in
13  the request or provided by or with the approval of the Korean Central
14  Authority under the Treaty;

15      5.   Seek such further orders of this Court as may be necessary
16  to execute this request; and

17      6.   Certify and submit the evidence collected for its further
18  transmission to Korea.

19      IT IS FURTHER ORDERED that, in collecting the evidence
20  requested, the Commissioner may be accompanied by persons whose
21  presence or participation is authorized by the Commissioner,
22  including, without limitation, law enforcement agents and/or
23  representatives of Korea.

24      IT IS SO ORDERED.

25  DATED: April _16_, 2008

                                       _Dale A. Drozd_

                              UNITED STATES MAGISTRATE JUDGE