LAWRENCE G. BROWN
Acting United States Attorney
JEAN M. HOBLER
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2909





IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>REQUEST FROM KOREA PURSUANT TO THE TREATY BETWEEN THE UNITED STATES OF AMERICA AND THE GOVERNMENT OF THE REPUBLIC OF KOREA ON MUTUAL LEGAL ASSISTANCE IN CRIMINAL MATTERS | 2:08-MC-0047 LKK GGH<br><br>ORDER SUBSTITUTING COMMISSIONERS |

<u>ORDER</u>

Upon application of the United States, and upon review of the request from Korea seeking evidence under the *Treaty between the United States of America and the Republic of Korea on Mutual Legal Assistance in Criminal Matters* (Treaty Doc. 104-1 104th Cong. 1st Sess.) (the "Treaty"),

IT IS HEREBY ORDERED, that Assistant U.S. Attorney Courtney J. Linn, previously appointed as Commissioner in this matter, be relieved of all duties and obligations of that appointment, due to his resignation of his position as Assistant U.S. Attorney;

IT IS FURTHER ORDERED, pursuant to the authority conferred by the Treaty, as well as 28 U.S.C. § 1782 and this Court's inherent authority, that Assistant U.S. Attorney Jean M. Hobler is appointed as a Commissioner of this Court and is hereby directed to execute the Treaty request as follows:

1. Take such steps as are necessary, including if necessary the issuance of commissioner's subpoenas to collect the evidence requested;*

2. Provide notice to the recipient of the subpoena of the time, date and place for the production of documents responsive to it;

3. Disclose such copies of this Order as is necessary to accomplish the purposes of the request for assistance.

4. Adopt procedures to collect the evidence requested, consistent with its use in the investigation or proceeding for which Korea has requested assistance,** ~~which procedures may be specified in the~~ request ~~or provided~~ by or with the ~~approval of the Korean Central Authority under the~~ Treaty;

5. Seek such further orders of this Court as may be necessary to execute this request; and

6. Certify and submit the evidence collected for its further transmission to Korea.

///  * See ** below
///  ** not inconsistent with the Federal Rules of
///  Civil Procedure, unless otherwise ordered
///  by the court.
///
///
///

2

1     IT IS FURTHER ORDERED that, in collecting the evidence requested, the Commissioner may be accompanied by persons whose presence or participation is authorized by the Commissioner, including, without limitation, law enforcement agents and/or representatives of Korea.

    IT IS SO ORDERED.

DATED: January 16, 2009

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE